G. MARK ALBRIGHT, ESQ. (NV Bar No. 1394)
KYLE W. FENTON, ESQ. (NV Bar No. 16235)
JASON KELLY, ESQ. (NV Bar No. 17229)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: 702-384-7111 / F: 702-384-0605
gma@albrightstoddard.com
kfenton@albrightstoddard.com
jkelly@albrightstoddard.com

*Attorneys for Plaintiff/Counter-Defendant*
*WestTel International, Inc.*

Albright Stoddard Warnick & Albright

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WESTTEL INTERNATIONAL, INC., a Delaware corporation,

Plaintiff,

vs.

NGA 911, L.L.C., a California limited liability company; DOES 1-10; and ROE BUSINESS ENTITIES 11-20, inclusive,

Defendants.

---

NGA 911, L.L.C., a California limited liability company,

Counterclaimant,

vs.

WESTTEL INTERNATIONAL, INC., a Delaware corporation,

Counter-Defendant.

**CASE NO.: 2:25-cv-01302-EJY**

**Complaint Filed: July 17, 2025**

**JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES AND PROCEEDINGS PENDING COMPLETION OF SETTLEMENT PAYMENT OBLIGATIONS, ADMINISTRATIVELY CLOSE CASE, AND FOR THE COURT TO RETAIN JURISDICTION OF THE ACTION <u>AS AMENDED BY THE COURT</u>**

AS Albright Stoddard Warnick & Albright

Plaintiff WESTTEL INTERNATIONAL, INC. ("WestTel") and Defendant NGA 911, L.L.C. ("NGA") (at times herein, WestTel and NGA are collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly request that the Court stay all deadlines and proceedings in this action pending completion of the payment obligations set forth in the Parties' Settlement Agreement and Mutual Release, administratively close the above-referenced Case for statistical purposes only, and retain jurisdiction to enforce the Settlement Agreement.

**THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS**:

1. WestTel and NGA have entered into a written Settlement Agreement and Mutual Release dated July 1, 2026 (the "Agreement"), resolving the claims and counterclaims asserted in this Action.

2. Pursuant to Section 2.3 of the Agreement, NGA has timely made the initial settlement payment required under Section 2.1 of the Agreement, thereby triggering the Parties' obligation to jointly request a stay of these Proceedings.

3. Section 2.3 of the Agreement provides that, within five (5) calendar days after receipt of the first payment installment, the Parties shall file a joint motion or stipulation requesting that the Court stay all deadlines and proceedings in the Action pending completion of the payment obligations set forth in the Agreement.

4. Section 2.3 further provides that the joint motion or stipulation may request that the United States District Court for the District of Nevada retain jurisdiction for purposes of interpreting, implementing, and enforcing the terms of the Agreement until all obligations under the Agreement have been fully performed.

5. Staying this Action pending completion of the payment obligations will conserve judicial resources, eliminate unnecessary litigation expenses, and allow the Parties to complete performance of their Agreement while preserving the Court's jurisdiction to enforce its terms.

Albright Stoddard Warnick & Albright

6. The Parties therefore jointly request that all deadlines and proceedings in this Action be stayed pending completion of the payment obligations set forth in the Agreement.

7. The Parties further jointly request that the Clerk of Court administratively close this Action for statistical purposes only during the pendency of the stay. Administrative closure shall not constitute a dismissal of the Action, and either Party may move to reopen the case for purposes of enforcing the Agreement or for other appropriate relief.

8. The Parties further jointly request that the Court retain continuing jurisdiction over this Action, the Parties, and the Settlement Agreement itself for purposes of interpreting, implementing, enforcing, and resolving any disputes arising under the Agreement until all obligations under the Agreement have been fully performed.

9. This Stipulation is not a dismissal of the Action. The Parties contemplate that, after full performance of the Agreement, they will file a stipulation dismissing the Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), consistent with the Agreement.

10. Either Party may move to reopen this Action or seek appropriate relief from the Court, including enforcement of the Settlement Agreement, if necessary.

**IT IS SO STIPULATED.**

Dated this 27th day of July 2026.

| | |
|---|---|
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **RUSS, AUGUST & KABAT LLP** |
| By: *//s// G. Mark Albright, Esq*__________ | By: *///s/// Leerin Kasis, Esq.*____________ |
| G. MARK ALBRIGHT, ESQ. (#1394)<br>801 N Rancho Dr, Ste D4<br>Las Vegas, NV 89106<br>(702) 384-7111<br>gma@albrightstoddard.com<br>*Attorneys for Plaintiff/Counter-Defendant, WestTel International, Inc.* | LEERIN KASIS, ESQ.<br>12424 Wilshire Blvd., 12th Fl<br>Los Angeles, CA 90025<br>(310) 826-7474<br>lkasis@raklaw.com<br>*Attorneys for Defendant/Counterclaimant, NGA 911, L.L.C.* |

Albright Stoddard Warnick & Albright

**ORDER**

Based upon the Parties' foregoing Joint Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that all deadlines and proceedings in this Action are stayed pending completion of the payment obligations set forth in the Parties' Settlement Agreement and Mutual Release dated July 1, 2026.

~~**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this Action for statistical purposes only during the pendency of the Stay. Administrative closure shall not constitute a dismissal of the Action.~~

**IT IS FURTHER ORDERED** that the United States District Court for the District of Nevada retains continuing jurisdiction over this Action, the Parties, and the Settlement Agreement and Mutual Release for purposes of interpreting, implementing, enforcing, and resolving any disputes arising under the Settlement Agreement and Mutual Release until all obligations under that Agreement have been fully performed.

~~**IT IS FURTHER ORDERED** that either Party may move to reopen this Case for purposes of enforcing the Settlement Agreement and Mutual Release or seeking other appropriate relief.~~

**IT IS FURTHER ORDERED** that ~~this Order does not dismiss the Action.~~ after full performance of the Settlement Agreement and Mutual Release, the Parties **must** file a stipulation dismissing the Action with prejudice.

**IT IS SO ORDERED.**

DATED: July 27, 2026.

UNITED STATES MAGISTRATE JUDGE